■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW LESSEY, Appellant. [27 NYS3d 373]—Judgment, Supreme Court, New York County (Daniel P. Conviser, J.), rendered June 25, 2013, as amended November 18, 2013, convicting defendant, after a jury trial, of assault in the third degree, and sentencing him to a term of nine months, unanimously affirmed.

We need not decide whether defendant preserved his challenge to the court's ruling striking the testimony of a character witness, or whether the character witness's testimony was

relevant and admissible, because the evidence of defendant's guilt was overwhelming. If there was any error in the decision to preclude this testimony, it was harmless. Concur—Friedman, J.P., Acosta, Andrias and Richter, JJ.